**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>Plaintiff,<br>vs.<br><br>GSC PROVO, LLC, a Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:16-CV-1215<br><br>Judge Dee Benson |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carolyn Ford, by and through undersigned counsel, voluntarily dismisses the above-captioned matter, with prejudice. As of the date of this notice, no answer to the Complaint nor motion for summary judgment has been filed.

1

DATED this 16th day of November, 2017.

                                      FORD & CRANE PLLC

                                      /s/ Matthew B. Crane
                                      Matthew B. Crane (UTB# 13909)
                                      *Attorney for Plaintiff Carolyn Ford*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of November, 2017, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE to be filed with the Court electronically, which caused notice to be served upon all e-filing counsel of record via the Court's notice of electronic filing [NEF].

                                      /s/ Matthew B. Crane